**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

RANDOLPH JACK SOLO,

        Plaintiff,

v.                                       CIVIL ACTION NO. 3:25-0698

S. MARTINELLI & COMPANY,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Jospeh K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court grant Defendant's Combined Motion to Dismiss and Supporting Memorandum (ECF No. 16); dismiss with prejudice Plaintiff's Lanham Act and FDCA-based claims; dismiss without prejudice Plaintiff's negligence and fraud claims; deny as moot Defendant's Motion to Establish Plaintiff's Identity and Stay Proceedings (ECF No. 18), and Defendant's Motion for Leave to Supplement its Motion to Establish Plaintiff's Identify and Stay Proceedings (ECF No. 23); and remove this matter from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and, consistent with the findings and recommendations, **GRANTS** Defendant's Combined Motion to Dismiss and Supporting Memorandum (ECF No. 16); **DISMISSES** with prejudice Plaintiff's Lanham Act and FDCA-based claims; **DISMISSES**

-2-

without prejudice Plaintiff's negligence and fraud claims; **DENIES** as moot Defendant's Motion

to Establish Plaintiff's Identity and Stay Proceedings (ECF No. 18), and Defendant's Motion for

Leave to Supplement its Motion to Establish Plaintiff's Identify and Stay Proceedings (ECF No.

23); and **REMOVES** this matter from the docket of the Court.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all

counsel of record, and any unrepresented parties.

ENTER:        June 16, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE